BECKWORTH *v.* BANK OF COLBERT.

ATKINSON, J. Under the pleadings and evidence, this case is controlled by the ruling announced in *Franklin* v. *Bank of Colbert*, ante, 51 (84 S. E. 131).

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

JANUARY 16, 1915.

Complaint. Before Judge Reid. Newton superior court. November 12, 1913.

*A. D. Meador*, for plaintiff in error. *Rogers & Knox*, contra.